UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                      ORDER
                                       Crim. No. 11-280(13) (MJD/JSM)

James Peter Jeanetta,

    Defendant.
_____

This matter is before the Court on the Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses. The Defendant is not eligible for a sentence reduction, however, as he was sentenced to the ten year mandatory minimum sentence required under 21 U.S.C. § 841(b)(1)(A) and Amendment 782 did not alter the applicable guideline range for cases involving a statutory minimum sentence.

IT IS HEREBY ORDERED that Defendant's Motion for Sentence Reduction [Doc. No. 902] is DENIED.

Date: July 31, 2015          s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court